# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 1:17-cv-01769-REB

OSAMA AL MOUSA

and

AICHA ALALIWI ALISSA

       Plaintiffs,

v.

REX TILLERSON, in his official capacity as U.S. Department of State, Secretary of State;

JOHN DOE, in his/her official capacity as U.S. Department of State, Under Secretary for Management;

JOHN KELLY, in his official capacity as Secretary of U.S. Department of Homeland Security;

JAMES MACCAMENT, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services;

JOHN BASS, in his official capacity as Ambassador of the United States at the U.S. Embassy Ankara, Turkey;

       Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

COME NOW Plaintiffs, Osama AL MOUSA and Aicha Alaliwi ALISSA, by and through Kolko & Associates, P.C. and their attorneys David L. Kolko, Esq. and Jennifer Casey, Esq, to

hereby file this Notice of Voluntary Dismissal of Complaint pursuant to Federal Rule of Civil Procedure § 41(a)(1)(A)(i).

The issues presented in this case are now moot.

This motion is filed prior to the submission of any answer or motion for summary judgment by the Opposing Party, and therefore in compliance with the Federal Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED**
this 18th of September, 2017

By **s/ David L. Kolko**
David L. Kolko, Esq.
Kolko & Associates, P.C.
303 East 17th Avenue, Suite 585
Denver, Colorado 80203
(O) 303-371-1822
(F) 303-373-1822
(E) dk@kolkoassociates.com

and

*s/ Jennifer Casey*
Jennifer Casey, Esq.
Kolko & Associates, P.C.
303 East 17th Avenue, Suite 585
Denver, Colorado 80203
(O) 303-371-1822
(F) 303-373-1822
(E) jc@kolkoassociates.com

**ATTORNEYS FOR PLANTIFFS**
**Aicha Alawili ALISSA and Osama AL MOUSA**